

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| EX PARTE: | § | No. 08-23-00226-CR |
| FRANCISCO LESA, III. | § | Appeal from the |
| | § | 399th Judicial District Court |
| | § | of Bexar County, Texas |
| | § | (TC# 2023CR1281) |
| | § | |

### **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed. We therefore dismiss the appeal. We further order this decision be certified below for observance.

IT IS SO ORDERED THIS 13TH DAY OF SEPTEMBER, 2023.

LISA J. SOTO, Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.